UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANTE BROADY,<br><br>    Defendant. | CASE NO. CR25-077 JCC<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Sex Trafficking of an Adult Female by Force, Fraud or Coercion

2. Transportation of an Adult Female for the Purpose of Prostitution.

<u>Date of Detention Hearing</u>:    May 30th, 2025.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with violations of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1), and 18 U.S.C. § 2422(a). There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant is alleged to have committed the charged offenses while under court supervision for convictions involving violent offenses and the use of firearms. Defendant has prior violations of supervision involving the possession of firearms, and a loaded weapon was found at his residence at the time of his arrest. Defendant is alleged to have engaged in violence and threatening behavior against victims in the alleged offenses. Defendant has an unstable employment history. Although Defendant has family ties to the District, he is facing a mandatory minimum term of imprisonment of 15 years which presents an incentive to flee.

2. Defendant poses a danger to the community based upon the nature of the current charges involving violence and threats, his criminal history involving violence and gun use, and prior violations of court supervision involving repeated gun possession. He poses a risk of flight based upon the failure to abide by terms of supervision and the incentive to flee from the potential mandatory minimum 15-year sentence.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 30th Day of May, 2025.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3