Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANTE BROADY,<br><br>    Defendant. | No. CR 25 – 077 JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

DEFENDANT SHANTE BROADY's Unopposed Motion to Continue Pretrial Motions Deadline came on regularly for hearing, and, the Court being fully advised, GRANTS the motion.

The Court finds that the ends of justice would be served by granting the requested continuance, and failing to grant the continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the deadline for filing pretrial motions is continued to **October 17, 2025**.

ORDERED this 1st day of October 2025.

_____
Hon. John C. Coughenour
U.S. District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 1

US v. Broady, CR 25-070 JCC

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
THESTEPHANATOR@MSN.COM

1  Presented by:

2      LAW OFFICES OF STEPHAN R. ILLA

3

4      Stephan R. Illa
              WSBA No. 15793
5      Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 2

US v. Broady, CR 25-070 JCC

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA  98110
(206) 817-4142
THESTEPHANATOR@MSN.COM