The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SHANTE BROADY,<br><br>Defendant. | NO. CR25-077-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PRETRIAL MOTIONS |

The Court, having reviewed the Unopposed Motion for Extension of Time to Respond to Pretrial Motions (**Dkt 58**), hereby states that IT IS ORDERED that the motion be granted and the government shall file its response briefs to Defendant Shante Broady's Motion to Suppress Evidence of Custodial Statements (Docket No. 54) and Motion to Suppress Evidence from Search of Apartment and Defendant's Custodial Statements (Docket No. 56) no later than October 31, 2025. **The reply deadline(s) are similarly extended to November 7, 2025. The Clerk is DIRECTED to renote the motions (Dkt. Nos. 54, 56) to this same date.**

DATED this 23rd day of October 2025.

*/s/ John C. Coughenour*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by: /s/ *AUSA Catherine L. Crisham*

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND - 1
*U.S. v. Broady*, CR25-77-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970