The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANTE BROADY,

Defendant.

NO.    CR25-077 JCC

[~~PROPOSED~~] ORDER GRANTING
STIPULATED MOTION FOR
BIFURCATION OF TRIAL

Noting Date: October 23 ~~31~~, 2025

The United States of America, by and through Charles Neil Floyd, United States Attorney for the Western District of Washington, and Assistant United States Attorney Catherine L. Crisham, and Defendant Shante Broady, by and through counsel Stephan Illa and Peter Geisness, having moved by stipulation (**Dkt 60**) for an Order bifurcating the trial in this matter, the Court having considered the factual basis for bifurcation set for the in the stipulations as well as the fie and record herein, the Court orders as follows:

IT IS HEREBY ORDERED that the stipulated motion is GRANTED.  The trial in this matter will be bifurcated: Count 5 of the Superseding Indictment, charging Unlawful Possession of a Firearm, shall be tried separately, immediately

*United States v. Broady*
*Order to Bifurcate*
CR25-77 JCC -  Page 1

1  following the verdict on the remaining counts, before the same jury.

2      DATED this 23rd day of October 2025.

3

4

5

6

7  _____
   JOHN C. COUGHENOUR
8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Broady*
*Order to Bifurcate*
CR25-77 JCC - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970