The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR25-077 JCC |
|---|---|
| Plaintiff, | [~~Proposed~~] |
| v. | |
| SHANTE BROADY, | ORDER GRANTING GOVERNMEN'S MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words (**Dkt 52**), hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Motion to Exclude Evidence pursuant to Rules 412 and 403 of the Federal Rules of Evidence that does not exceed 5,000 words.

DATED this <u>30th</u> day of October 2025.

*[signature]*

_____
JOHN C. COUGHENOUR
United States District Judge

PRESENTED BY:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order Permitting Excess Pages - 1
*United States v. Broady* / CR25-077 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970