The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SHANTE BROADY,<br><br>Defendant. | NO. CR25-077 JCC<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXCLUDE EVIDENCE OF PRIOR SEXUAL ACTS UNDER FED. R. EVID. RULES 412 AND 403 |

This matter is before the Court on the United States's **Unopposed** Motion to Exclude Evidence of Prior Sexual Acts under Fed. R. Evid. Rules 412 and 403 (**Dkt 53**). Having read the Government's motion, it is hereby ordered that:

The Defendant and his counsel are prohibited from (1) seeking to elicit, from any witness, evidence offered to prove that the victims allegedly engaged in other sexual behavior, including commercial sex acts before or after being trafficked by the Defendant; (2) questioning the victims about their unrelated sexual activity, including any prior or subsequent sexual activity unrelated to the Defendant; and (3) otherwise referencing such inadmissible evidence during *voir dire*, opening statements or closing arguments.

//

//

Proposed Order - 1
*United States v. Broady* / CR25-077 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 30th day of October 2025.

JOHN C. COUGHENOUR
United States District Judge

PRESENTED BY:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

~~Proposed~~ Order - 2
*United States v. Broady* / CR25-077 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970