THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>SHANTE BROADY,<br><br>           Defendant. | CASE NO. CR25-0077-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants and jury in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which began on Monday, January 5, 2026.

DATED this 5th day of January 2026.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
CR25-0077-JCC
PAGE - 1