THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-0077-JCC |
| Plaintiff, | ORDER |
| v. | |
| SHANTE BROADY, | |
| Defendant. | |

The Court ORDERS that (a) prior to the close of evidence in this matter the Clerk pay for breakfast and snacks for the jurors at the expense of the United States Courts and, (b) upon close of evidence, the jury be committed to the custody of a duly sworn bailiff and that all juror meals be provided at the expense of the United States Courts. This order applies to all past and future jury proceedings in this matter.

DATED this February 6, 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR25-0077-JCC
PAGE - 1