THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-0077-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHANTE BROADY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On February 24, 2026, the Government moved to continue trial in this matter, which is currently scheduled for March 9, 2026. (*See* Dkt. No. 104.) Given the need for a compressed briefing schedule (in light of the impending trial), the Court deviates from the CrR 12 noting rules. Accordingly, Defendant's response to the Government's motion is due no later than Friday, February 27, 2026. The Government's reply, if any, is due Monday, March 2, 2026. The Clerk is DIRECTED to renote the Government's motion to March 2, 2026.

//

//

//

//

MINUTE ORDER
CR25-0077-JCC
PAGE - 1

DATED this 24th day of February 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
CR25-0077-JCC
PAGE - 2