THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-0077-JCC |
| Plaintiff, | ORDER |
| v. | |
| SHANTE BROADY, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to dismiss for asserted speedy trial violations (Dkt. No. 109). In light of the Court's findings and conclusions when recently continuing trial in this matter, (*see* Dkt. No. 108), the Court FINDS Defendant's instant motion meritless. The motion (Dkt. No. 109) is DENIED.

DATED this 20th day of March 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR25-0077-JCC
PAGE - 1