HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>vs.<br>SHANTE BROADY,<br>Defendant. | NO. 2:25-cr-00077-JCC-1<br><br>**Order** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeals, (*see* **Dkt. No. 154**), the court reporter shall prepare and release, to appellant's counsel only, a transcript of the in camera sealed portion of the hearing on July 9, 2025.

DATED this 19th day of August 2026

HONORABLE JOHN C. COUGHENOUR
United States District Judge