HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>vs.<br>SHANTE BROADY,<br>Defendant. | NO. 2:25-cr-00077-JCC-1<br><br>**Order** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeals, the court clerk shall provide appellate defense counsel with copies of the sealed documents filed at the following docket numbers: 2; 3; 4; 23; 30; 32; 34; 40; 41; 42; 43; 98; 118; 119; 122; 138; and 139.

* * *

IT IS FURTHER ORDERED that, also for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeals, the court clerk shall provide appellate defense counsel with copies of the CD and thumb drive which are the subject of the notices of manual filing at docket numbers 67 and 68 and reflected as received by the Court in the following unnumbered docket entries dated 10/31/2025.

DATED this 29th day of September 2026

John C. Coughenour
UNITED STATES DISTRICT JUDGE